AO 91 (Rev. 11/11) Criminal Complaint

United States District Court
Southern District of Texas
FILED
JAN 1 2 2017

Clerk of Court

# UNITED STATES DISTRICT COURT

## for the

### SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. M-17-0068-M |
| Rogelio RIVERA (YOB: 1992) | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____1/12/2017_____ in the county of _____Hidalgo_____ in the
_____SOUTHERN_____ District of _____TEXAS_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a) (1) | Knowingly and intentionally possess with intent to distribute approximately 311.84 kilograms of marijuana, a schedule I controlled substance. |

This criminal complaint is based on these facts:

On January 12, 2017 at approximately 6:15 a.m., U.S. Border Patrol Agents, via an electronic surveillance platform, observed a truck traveling south near an area known as Krenmullers Farms, near Alamo, Texas, within the Southern District of Texas. Agents witnessed several subjects emerge from the river bank, walk toward the truck and begin to move around the truck. Border Patrol Agents immediately notified nearby Border Patrol Agents of this activity.

(Continued on Attachment A)

☑ Continued on the attached sheet.

Approved:
Sworn to before me and signed in my presence.

*Complainant's signature*

John T. Henson, DEA Special Agent
*Printed name and title*

Date: _____1/12/2017_____

*Judge's signature*

City and state: McAllen, Texas

Diana Song Quiroga   Magistrate Judge
*Printed name and title*

Affidavit

Attachment A

Border Patrol Agents then notified other Agents that the truck was heading north on Krenmullers Farms toward Military Highway. Agents continued surveillance of the truck as it approached Military Highway. Other Border Patrol Agents were able to immediately spot the truck as it was turning West on Military Highway from Krumullers Farm.

Border Patrol Agents conducted a traffic stop of the truck. The vehicle immediately came to a stop on the side of the road. Border Patrol Agents approached from the passenger side of the vehicle and saw what appeared to be bundles of narcotics in the bed of the truck, partially covered by plywood, but in plain view. The driver, later identified as Rogelio RIVERA, was instructed to exit the vehicle.

Border Patrol Agents discovered a total of twelve bundles of marijuana in the bed and cab of the truck. RIVERA was placed under arrest and read his Miranda Rights. RIVERA waived his rights to an attorney and immediately and freely stated that he knew he was guilty. The twelve large bundles recovered from the vehicle totaled approximately 311.86 gross kilograms.

On the same date, at approximately 9:25 a.m., DEA Special Agents John Henson and Aida Gonzalez made contact with Rogelio RIVERA at the Weslaco, Texas Border Patrol Station. SA Henson, as witnessed by SA Gonzalez, read RIVERA his Miranda Rights. RIVERA stated he understood his rights and agreed to speak with Agents. After making multiple false statements, RIVERA stated he agreed to drive the truck to the river and pick up the narcotics in exchange for $1,000, and this was not his first time transporting narcotics.